**Earl B. Miller and Lois J. Miller, His Wife f/u/o Frank J. Ksiazek, and Wanda Ksiazek, His Wife, Plaintiffs-Appellants, v. Standard State Bank, a Corporation, Garnishee Defendant-Appellee, Helena Berry, Adverse Claimant Defendant-Appellee.**

**Gen. No. 48,315.**

First District, Third Division.

June 7, 1961.

Collin and Harty, of Chicago (John M. Giltinon, of counsel), for appellants. Neither the garnishee defendant-appellee nor Helena Berry, the adverse claimant defendant-appellee filed an appearance or brief in the Appellate Court. Opinion by JUSTICE DEMPSEY. **Not to be published in full.**